**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DAMON COOKE,
          *Petitioner-Appellant,*

v.

JOSE SOLIS, Warden, California
Training Facility-Central;
BOARD OF PRISON TERMS; A. KANE,
          *Respondents-Appellees.*

No. 06-15444

D.C. No.
4:04-cv-04439-CW
Northern District of
California,
San Francisco

ORDER

On Remand From The United States Supreme Court

Filed May 31, 2011

Before: Stephen Reinhardt, Kim McLane Wardlaw, and
Milan D. Smith, Jr., Circuit Judges.

## ORDER

Appellant's motion to file the supplemental brief lodged
with the Clerk's office is GRANTED. In light of the Supreme
Court's opinion in *Swarthout v. Cooke*, dated January 24,
2011, the district court's order denying the writ of habeas cor-
pus is **AFFIRMED**.